**VIRGINIA & AMBINDER, LLP**
By: Nicole Marimon, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
Office Tel. No.: (212) 943-9080
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE NEW JERSEY B.A.C. HEALTH FUND, TRUSTEES OF THE NEW JERSEY B.A.C. ANNUITY FUND, TRUSTEES OF THE B.A.C. LOCAL 5 PENSION FUND, TRUSTEES OF THE NEW JERSEY BM&P APPRENTICE AND EDUCATION FUND, TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, and RICHARD TOLSON, as Administrator of B.A.C. ADMINISTRATIVE DISTRICT COUNCIL OF NEW JERSEY, <br><br> Plaintiffs, <br><br> -against- <br><br> WILLIAM WATTS OF NEW JERSEY LLC <br><br> Defendant. | Case No. 18 cv 14997(RMB)(KMW) <br><br> **DEFAULT JUDGMENT** |

The Summons and Complaint in this action having been duly served on the above-named Defendant WILLIAM WATTS OF NEW JERSEY LLC ("WATTS"), and said Defendant having failed to file an Answer to said Complaint, and said default having been duly noted and upon the annexed Declaration of Default Judgment,

NOW, on the motion of Virginia & Ambinder, LLP, attorneys for Plaintiffs, it is hereby:

ORDERED AND ADJUDICATED that Plaintiffs do recover of WATTS, the Defendant, with its principal place of business at 800 Judith Lane, Atco, New Jersey 08004, in the amount of $31,269.03, consisting of (1) contributions to the Funds in the principal amount of $20,490.87 and

dues check offs of $2,290.13, plus interest in the amount of $1,107.36 and liquidated damages in the amount of $4,098.17, (2) attorneys' fees and costs in the amount of $3,282.50; plus (3) interest from November 19, 2018 through the date of judgment, (4) and such further legal, equitable, or other relief as the court sees just and proper; and, that the plaintiffs have execution therefore.

_____
Hon. Renee Marie Bumb, U.S.D.J.

This document was entered on the docket on

_____June 12, 2019_____.